# FILED

04/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AC 17-0694

Amy Eddy
ASBESTOS CLAIMS COURT JUDGE
Flathead County Justice Center
920 South Main
Kalispell, MT 59901
(406) 758-5667

## IN THE ASBESTOS CLAIMS COURT FOR THE STATE OF MONTANA

| | |
|---|---|
| IN RE ASBESTOS LITIGATION, <br><br> *Consolidated Cases* | Cause No. AC 17-0694 <br><br> ORDER GRANTING MHSL PLAINTIFFS' MOTION FOR EXTENSION TO RESPOND TO BNSF'S FOUR MOTIONS FILED ON APRIL 16, 2020 <br><br> Applicable to All Cases |

The Court, having considered MHSL Plaintiff's *Motion for Extension to Respond to BNSF's Four Motions Filed on April 16, 2020*, and good cause appearing therefrom, hereby grants said *Motion*. MHSL Plaintiffs' have until May 15, 2020 to file responses to:

1. *BNSF's Renewed Rule 41(b) Motion to Dismiss;*
2. *BNSF's Motion to Dismiss 103 Personal Representative Claims on the Deferred Docket;*
3. *BNSF's Motion to Clarify Recent Case Assignments; and*
4. *BNSF's Renewed Motion for Show-Cause Order Related to a CARD Diagnosis of ARD.*

DATED AND ELECTRONICALLY SIGNED AS NOTED BELOW.

4/23/2020

/s/ Amy Eddy

_____

Amy Eddy
Asbestos Claims Court Judge